UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

NATHAN KORTE,

        Plaintiff,

    v.

CHARLES MACHINE WORKS, INC. d/b/a
Ditch Witch, ANVIL LAND AND
PROPERTIES, INC. d/b/a Ditch Witch
International, DITCH WITCH SALES, INC.,
COLL, LLC d/b/a Ditch Witch II, LLC, and
DITCH WITCH OF ILLINOIS, INC.,

        Defendant.

Case No. 17-cv-912-JPG-RJD

## JUDGMENT

     This matter having come before the Court, the issues having been heard, and the Court
having rendered a decision,

     IT IS HEREBY ORDERED AND ADJUDGED that all claims by plaintiff Nathan Korte
against defendants The Charles Machine Works, Inc. d/b/a Ditch Witch, Anvil Land and
Properties, Inc. d/b/a Ditch Witch International, Inc., Ditch Witch Sales, Inc., and Coll LLC d/b/a
Ditch Witch II, LLC are dismissed with prejudice and without costs; and

     IT IS FURTHER ORDERED AND ADJUDGED that all claims by plaintiff Nathan Korte
against Ditch Witch of Illinois, Inc. are dismissed without prejudice.

**DATED:  December 4, 2017**       **JUSTINE FLANAGAN, Acting Clerk of Court**


                                     **s/Tina Gray, Deputy Clerk**


**Approved:**    *s/J. Phil Gilbert*
             **J. PHIL GILBERT**
             **DISTRICT JUDGE**